# OFODILE
# EXHIBIT 1

*P.S./I.S. 208 Queens*
74-30 Commonwealth Blvd.
Bellerose, NY 11426
Telephone: (718) 468-6420; Fax: (718) 468-5054
James Philemy, Principal, I.A.

*Lynn Staton*
*Assistant Principal, I.A.*

*Ilyssa Mandell*
*Assistant Principal, I.A.*

November 18, 2003

To Whom It May Concern:

## RE: EUGENIA SPENCER; S.S. #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; FILE #777502

This letter serves to nominate Ms. Eugenia Spencer for a 7th grade math inclusion teaching position. Ms. Spencer is being hired to fill the vacancy created by the resignation of Mr. Kenneth Forte.

Ms. Spencer has been working at P.S./I.S. 208 as a per diem substitute teacher, and I feel that she would be a great asset to the school.

Thank you for your assistance.

Sincerely,

James Philemy
Principal, I.A.

/nomination letter
/gwr

```
TO:           MR. JAMES PHILEMY

SCHOOL:       29Q208
SCHOOL NAME:  P.S./I.S. 208
ADDRESS:      74-30 COMMONWEALTH BOULEVARD
CITY:         GLEN OAKS
STATE:        NY
ZIP:          11426
PHONE:        (718) 468-6420
FAX:          (718) 468-5054

SUBJECT:      ATS NEWS
DATE:         TUESDAY NOVEMBER 25, 2003
```

USE USIN TO UPDATE ANY OF THIS INFORMATION.

*[Handwritten note:]* I have C. Peeples hired at PS/IS 208 as a full time SPED tchr. 11/24/03. 281-7519

**PER-0106**