# OFODILE
# EXHIBIT 2

### Ross Gayle (29Q208)

| | |
|---|---|
| To... | RJennin |
| Cc... | JPhilem |
| Bcc... | MBrigan |
| Subject: | NEW STAFF |
| Attachments: | |

Dear Rosemary:

Please be advised that the following teachers are now working at P.S./I.S. 208:

1. Spencer, Eugenia--S.S         File #777502. Her previous school was C.I.S. 166 in District 9. Her first day of service here was 11/24/03. She is replacing Mr. Forte who resigned on 10/31/03.

2. Massone, Anthony J.--S.S.         File #284813. Mr. Massone is a special education teacher. His previous school was P.S. 721Q in District 75. His first day of service was 12/1/03.

Thank you.

Gayle

https://mail.nychoa.net/exchan...

*P.S./I.S. 208 Queens*
74-30 Commonwealth Blvd.
Bellerose, NY 11426
Telephone: (718) 468-6420; Fax: (718) 468-5054
James Philemy, Principal, I.A.

Lynn Staton
Assistant Principal, I.A.

Ilyssa Mandell
Assistant Principal, I.A.

November 25, 2003

Mr. Charles Peeples
Human Resources Manager
Region 3

Dear Mr. Peeples:

**RE: EUGENIA SPENCER: S.S. )**    **FILE #777502**

We have hired Ms. Eugenia Spencer as a teacher at P.S./I.S. 208 in Queens. Ms. Spencer is working here as a full-time Special Education teacher effective November 24, 2003. She is filling the vacancy created by Mr. Kenneth Forte's resignation. Please add her to our payroll.

Thank you for your assistance.

Sincerely,

James Philemy
Principal, I.A.

/spencer
/gwr

**PER-0104**