# OFODILE
# EXHIBIT 3

# PS/IS 208
# Incident Report Form

Students Name: _Rashawn Belle_  Date: _12/19/03_

Teacher: _Ms. Spencer_  Room: _305_

### Please check all that apply

- ___ Refusing to work
- ___ Throwing Items
- ___ Disrupting Noises
- ___ Teasing Classmates
- ___ Moving out of assigned seat
- ___ Sleeping
- _✓_ Showing excessive and inappropriate Attention-seeking behaviors

- ___ Destroying Property
- ___ Talking without Permission
- _✓_ Using Inappropriate Language
- ___ Refusing to follow directions
- _✓_ Making inappropriate gestures
- ___ Using physical aggression

Supporting Details:
During the week of Dec. 1, 2003, Rashawn was walking down the hallway (3rd flr.) towards Ms. Theobolt's class. Rashelle Mighty was trying to stop him with her body, face to face. I told her not to do that. Then, he & her exchanged words, and he said "I'm going to tell my wife if you bother me again." He looked at me & said Ms. Spencer is my wife. I told him, "I'm the teacher & you're the student, I'm the adult & you're the child. Let's not forget this." The next day he mentioned it to another student while he walked pass me.

Outcome:
I shared the information about these incidents w/ other teachers & the guidance counselor, Mr. Mazzoni.

Instructions: Please fill out this form completely and return to the guidance office. This form should be used for all behavior situations and classroom disruptions. This form will be very important for tracking poor unacceptable behavior.

# PS/IS 208
# Incident Report Form

Students Name: _Rashawn Belle_   Date: _12/17/03_

Teacher: _Ms. Spencer_   Room: _305_

### Please check all that apply

___ Refusing to work
___ Throwing Items
___ Disrupting Noises
___ Teasing Classmates
___ Moving out of assigned seat
___ Sleeping
_✓_ Showing excessive and inappropriate Attention-seeking behaviors

___ Destroying Property
___ Talking without Permission
___ Using Inappropriate Language
___ Refusing to follow directions
___ Making inappropriate gestures
_✓_ Using physical aggression

Supporting Details: During the week of 12/1/03, Rashawn Belle brushed past me from behind while he & the other students in the hall were changing classes. Another time during the week of 12/1/03 Rashawn was standing behind me while I was monitoring the hallway. I didn't know he was behind me until I turned around because I felt someone was standing too closely behind me. When I turned around to see who was standing behind me, that's when he started to walk away. He didn't say anything to me, & I didn't say anything to him, but I looked at him in a startled way.

On December 12, 2003, I was standing by my classroom door 305 while class 774 was coming in from physical ed. When Rashawn walked past me, he leaned over to walk closer, making it difficult for me to move out the way. I told him to "cut it out." He looked at me. Then I said, "I don't want your sweat near me." He said, "Oh, okay."

Instructions: Please fill out this form completely and return to the guidance office. This form should be used for all behavior situations and classroom disruptions. This form will be very important for tracking poor unacceptable behavior.

Reported to Ms. Rivman & Ms. Mandell.

# PS/IS 208
# Incident Report Form

Students Name: __Rashawn Belle__　　　　Date: __12/22/03__

Teacher: __Ms. Spencer__　　　　　　　　　Room: __305__

### Please check all that apply

- ___ Refusing to work
- ___ Throwing Items
- ___ Disrupting Noises
- ___ Teasing Classmates
- ___ Moving out of assigned seat
- ___ Sleeping
- ___ Showing excessive and inappropriate Attention-seeking behaviors

- ___ Destroying Property
- ___ Talking without Permission
- ___ Using Inappropriate Language
- ___ Refusing to follow directions
- ___ Making inappropriate gestures
- ✓ Using physical aggression

Supporting Details: On December 19, 2003, as Rashawn was walking out of the class, he deliberately fell on me. As 774 was leaving, I was standing by the door dismissing the class. He fell right on me. I said "what are you doing? Get off of me." He claimed Laurence Donby pushed him. Then he said to Laurence, "Laurence, you made me fall into Ms. Spencer." Laurence looked puzzled + said "I don't know what you're talking about." Rashawn said "Sorry Ms. Spencer." [Reported to Ms. Rivman + Ms. Mandell]

On Monday, Dec. 22, 2003, approximately 1:30 p.m., I called Rashawn out into the hallway, (Ms. Rivman was with the class). I told him that he was bumping + falling into me too many times, and if it happens again, I'm going to report it, he'd be suspended and arrested. He replied, "What if it's an accident?" I said it's been happening too many times + if it happens again, then this is what's going to happen. He said, "Okay."

Instructions: Please fill out this form completely and return to the guidance office. This form should be used for all behavior situations and classroom disruptions. This form will be very important for tracking poor unacceptable behavior.