# OFODILE
# EXHIBIT 4




# New York City Police Department
## Omniform System – Complaints

| Report Cmd: 105 | Jurisdiction: N.Y. POLICE DEPT | Record Status: Final, No Arrests | Complaint # 2003-105-70259 |

**Occurrence Location:** INSIDE OF 74-30 COMMONWEALTH BOULEVARD
- Name Of Premise:
- Premises Type: PUBLIC SCHOOL
- Location Within Premise:
- Visible By Patrol?: NO

Precinct: 105
Sector: M
Beat: 30
Post:

**Occurrence From:** 2003-12-22 13:30 MONDAY
**Occurrence thru:**
**Reported:** 2003-12-29  19:00
**Complaint Received:** WALK-IN

*(handwritten: ← Date theft reported)*

Aided #
Accident #
O.C.C.B. #

**Classification:** PETIT LARC
- Attempted/Completed: COMPLETED
- Most Serious Offense is: MISDEMEANOR
- PD Code: 339  LARCENY, PETIT FROM OPEN AREAS,
- PL Section: 15525
- Keycode: 341  PETIT LARCENY

**Case Status:** OPEN
- Unit Referred To: P.D.U.
- Clearance Code:
- Log/Case #: 0
- File #: 38
- Prints Requested?: NO

| Gang Related?: NO | Gang Intel Log #: | Name Of Gang: | DIR Required?: NO | Child Abuse Suspected?: NO |

**If Burglary:**
- Forced Entry?:
- Structure:
- Entry Method:
- Entry Location:

**Alarm:**
- Bypassed?:
- Comp Responded?:
- Company Name/Phone:
- Crime Prevention Survey Requested?:

**If Arson:**
- Structure:
- Occupied?:
- Damage by:

| Supervisor On Scene - Rank / Name / Command: | Canvas Conducted: NO | Interpreter(If used): |

**NARRATIVE:**
AT T/P/O COMPL. PRESENT IN STATION HOUSE STATES THAT UNK. PERP(S) DID TAKE HER WALLET (WHICH WAS ON A CHAIR BESIDE HER DESK) W/O PERMISSION OR AUTHORITY TO DO SO. COMPL. FEELS THAT IT WAS A STUDENT OF HERS WHO TOOK WALLET (RASHAWN BELLE)- COMPL. STATES TAHT STUDENT (RASHAWN BELLE) STATED THAT HE KNEW WHERE COMPL.'S WALLET WAS- COMPL. ALSO STATES THAT STUDENTS LISTED BELOW DID STATE THAT RASHAWN BELLE TOOK THE WALLET- WALLET WAS RECOVERED AT LOCATION THAT STUDENT (RASHAWN BELLE) SAID IT WAS. *OTHER STUDENTS MAYBE INVOLVED (1) NAHIKEM BROWN (2) BRITTINI ODEN (3) KATHLEEN HYE (4) AL-TAWAN JENKINS (5) LAWRANCE DOUBY

**N.Y.C. BOARD OF EDUCATION SCHOOLS:**   Complaint # 2003-105-70259

| On School Property?: | During School Hours?: YES | Travelling?: | School Sponsored Event?: NO |
| School Safety Division Operations Control #: 9999 | Victim Type: TEACHER | | Type Of School: JHS |
| School Number: 206 | School Name: | | Exact Location On School Property: CAFETERIA |

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 0 | Total Wanted: 0 |

**VICTIM: # 1 of 1**   Name: SPENCER, EUGENIA   Complaint#: 2003-105-70259

- Nick/AKA/Maiden:
- Sex/Type: FEMALE
- Race: BLACK
- Age:
- Date Of Birth: 12/16/
- Disabled? NO
- Need Interpreter: NO
- Language:
- N.Y.C.H.A Resident? NO

- Gang Affiliation:
- Name:
- Identifiers:
- Will View Photo:
- Will Prosecute:
- Notified Of Crime Victim Comp. Law:

**LOCATION ADDRESS**   CITY STATE/COUNTRY ZIP APT/ROOM

Date Of Birth: 12/10/
Disabled? NO
Need Interpreter: NO
Language:
N.Y.C.H.A Resident? NO

Will View Photo:
Will Prosecute:
Notified Of Crime Victim Comp. Law:

LOCATION ADDRESS — CITY STATE/COUNTRY ZIP APT/ROOM

BUSINESS 74-30 COMMONWEALTH BOULEVARD

Phone #: HOME: 718-441-2737

Action against Victim:    Actions Of Victim Prior To Incident:
Victim Of Similar Incident:    If Yes, When And Where

Complaint # 2003-105-70259

**PROPERTY:**

Lost/Stolen/Found: STOLEN
Business/Personal/Both?: UNKNOWN
Owner Identification Num: NONE

| Item | Amt | Article Description | Serial # | $ Stolen | $ Recovered |
|---|---|---|---|---|---|
| 1. | 1. | NYS DRIVERS LICENSE | | 0. | 0. |
| 2. | 1. | GIFT CARD OLD NAVY | | 0. | 0. |
| 3. | 0. | RECEIPTS FOR REINBURSEMENT TEACHER SUPPLIES -FROM CAROL SCH SUPPLY | | 0. | 0. |

TOTALS: STOLEN 0. RECOVERED 0.