OFODILE
EXHIBIT 5

# PS/IS 208
# Incident Report Form

Students Name: _Rashawn Belle_    Date: _1/5/04_

Teacher: _Ms. Spencer_    Room: _305_

### Please check all that apply

- ___ Refusing to work
- ___ Throwing Items
- ___ Disrupting Noises
- ___ Teasing Classmates
- ___ Moving out of assigned seat
- ___ Sleeping
- ___ Showing excessive and inappropriate Attention-seeking behaviors
- ___ Destroying Property
- ___ Talking without Permission
- ___ Using Inappropriate Language
- ___ Refusing to follow directions
- ___ Making inappropriate gestures
- ___ Using physical aggression
- ✓ Theft

Supporting Details: On December 22, 2003, after speaking with Rashawn concerning his bumping & falling onto me, he returned to his seat. He started acting strangely by changing seats, moving his chair away from his desk & then acting strangely quiet. I noticed my wallet was missing. The next day, he was absent from school which is unusual because Rashawn has a good attendance record. I called his home on Tuesday 12/23/03 & spoke with his stepfather. He said Rashawn should have been in school on Tuesday & that Rashawn wasn't home yet (approximately 9 p.m.) I told the stepfather about my missing wallet. He said he wouldn't be surprised if he took it because Rashawn comes & goes as he pleases, & he doesn't know what kind of friends he has. On 12/25/03, I called his home again. His mother told me that Rashawn had been missing since Tues. night. Apparently, his step-father had confronted him about my missing wallet & Rashawn had ran away. I called again on Friday morning. His mother said Rashawn had

Instructions: Please fill out this form completely and return to the guidance office. This form should be used for all behavior situations and classroom disruptions. This form will be very important for tracking poor unacceptable behavior.

returned home, he knew about my missing wallet & he could take me to where it is. My friend & I picked up Rashawn & his mother by car. We went back to the school's campus & Rashawn took us to where it was. My driver's license, old

Navy gift card, approx. $25 cash & Federal Choice receipts were missing. Everything else was intact. Rashawn said Natikeem Brown stole the wallet & took the license, even though it's been reported from others that Rashawn was also directly responsible for taking the wallet, as well as his bragging that he went shopping with the Old Navy gift card & his discarding of the license.

Status: Rashawn & Natikeem have been suspended for five days. 1/6/04 to 1/13/04

New York City Board Education - Division of Special Education
Citywide Programs - District 75
Incident / Anecdotal Record

Student  Rashawn Belle

| Date | Description of Incident/Anecdote | Name / Title of Reporter (Please Sign) |
|---|---|---|
| 12/16/03 | Periods 7,8 Science Class. Rashawn's behavior has been getting increasingly disruptive. He often refuses to sit in his assigned seat. He uses vulgar language. He talks constantly and has to be reminded to sit quietly. It took him a very long time to begin his work in Science class. He does not listen when I tell him to stop talking and stop disrupting the class. He often interferes with the teaching process. Because his behavior is becoming increasingly more disruptive, I intend to refer him for counseling. | Anita Rivman |
| 12/17/03 | Period 3, Computer Class.- Rashawn misses start of computer class because he decided to join four other classmates and joins them in going to the gym to schedule a basketball game with another class. No Teacher was asked for permission the five students decided on their own. This is their statement to me. | Anthony J Massone |
| 1/05/04 | Informed at 9:30 am that on Monday 12/22/03, during the eighth period Ms. Spencer's (Math) wallet from her desk. Upon investigation Rashawn and Nahikee became the suspects. The wallet was recovered outside of school but on campus grounds. When questioned as to wether they took or had knowledge of who took the wallet, both students accused each other. When I questioned Nahikee Brown today he stated he had no involvement but sisted take Rashawn took the wallet. When I asked Rashawn the same question he stated Nakeem took the wallet. Principal suspended both students for 5 days. | Anthony J Massone |

___CSE COPY  ___PARENT COPY  ___SPECIAL EDUCATION SCHOOL FILE COPY  ___TEACHER COPY