# OFODILE
# EXHIBIT 6

| INCIDENT # .................... Office Use Only |  | YOU MAY FAX THIS REPORT TO (212) 677-6612 |

## SCHOOL SAFETY DEPARTMENT INCIDENT REPORT

REPORT IMMEDIATELY all school-related incidents of any importance whatsoever that involve staff. Notify the principal and confirm that the principal has informed the Office of Legal Services and the Division of School Safety. Send this Report to: Mr. Jim Baumann at the UFT Safety Department, 260 Park Avenue South, New York, NY 10010. Also notify your District Representative by phone.

**SERIOUS INCIDENTS INVOLVING POLICE AND/OR HOSPITAL CALL: (212) 598-9287 IMMEDIATELY.**

**Victim Information**
Incident Date ... 12/22/03   12/19/03   November 2003 ... Time of Incident ... 1:30 to 2:45 pm
School ... P.S./I.S. 208 ... Dist. 29 ... Location of Incident ... Rm. 305
Victim's Name ... Eugenia Spencer ... Sex ... F
Home Address ... 119-15 83rd Ave.
City ... Queens ... State ... NY ... Zip ... 11435
Home Phone (347) 629-6126 ... School Phone (718) ... Job Title ... Teacher
347-629-6126

**Perpetrator Type** —Circle number
1. STUDENT   (2. SPECIAL ED STUDENT*)   3. PARENT   4. INTRUDER   5. OTHER
Alleged Perpetrator(s) if known
Name * Rashawne Belle ... Sex M ... ID# 260-714-389
Name Nakeem Brown ... Sex M ... ID# 267-990-252
Name Altawan Jenkins ... Sex M ... ID# 263-612-178
*Please indicate category MIS .......... SIE .......... Other ..........

**Type of Incident** —Circle number(s). See reverse side for definitions.
1. ASSAULT   (2.) HARASSMENT   (3.) LARCENY   4. DISORDERLY CONDUCT   (5.) ROBBERY
6. SEX OFFENSE   7. MENACING   8. CRIMINAL MISCHIEF   9. RECKLESS ENDANGERMENT
10. OTHER (SPECIFY) ..........
Description of incident (use reverse side if necessary). On 12/22/03 approximately 1:30 p.m. I spoke with Rashawn Belle regarding his brushing, bumping &/or falling onto to me. The last incident had occured on Friday 1/19/03. I told him that if it happened again, he was suspended & arrested. He

**Extent of Injuries** —Circle number
(1) NONE   2. SELF-TREATED   3. PERSONAL MD   4. EMERGENCY ROOM   5. HOSPITALIZED
(6) OTHER (SPECIFY) ... Student (Rashawn Belle has fallen onto,
Describe Injury ... bumped or brushed passed me, touching me.

**Notification** —Circle number
(1.) PRINCIPAL   (2.) POLICE   3. DISTRICT   4. BOARD INCIDENT REPORT
5. OTHER (SPECIFY) ..........

**Disposition** —Circle number
1. ARREST   2. YD CARD/SUMMONS   (3.) PRINCIPAL SUSPENSION   4. SUPERINTENDENT SUSPENSION
(5.) OTHER (SPECIFY) ... Reported to 105th Precinct

**Stolen/Damaged Property**   $45.00   approx. $110.00   OLD NAVY Gift card
Description ... stolen driver's license, teacher choice receipts)   $25 CVS card
Value $ ... 185.00

**Witnesses**
Name Brittini Oden ... Address 718-479-5871   Altawan Jenkins 718-949-2846
Name Nakeem Brown ... Address 718-217-2601
Kathleen Hye   718-928-2175

### Definitions of Incidents

**1. Assault**
The intentional causing of physical injury (impairment of physical condition or substantial pain), to another person, with or without a weapon or dangerous instrument. Increase in degree with the seriousness of injury or weapon/instrument used.   (M/F)

**2. Harassment**
Intentionally striking, shoving or kicking another, or subjecting another person to physical contact, or threatening to do the same (without physical injury). ALSO, using abusive or obscene language or following a person in or about a public place, or engaging in a course of conduct which alarms or seriously annoys another person.   (V/M)

**3. Larceny**
Wrongful taking, depriving or withholding property from another (no force involved). Victim may or may not be present.   (M/F)

**4. Disorderly Conduct**
Intentionally causing public inconvenience, annoyance or alarm or recklessly creating a risk thereof by fighting (without injury) or in violent tumultuous or threatening behavior or making unreasonable noise, shouting abuse, misbehaving, disturbing an assembly or meeting of persons or creating hazardous conditions by an act which serves no legitimate purpose.   (V)

**5. Robbery**
Forcible stealing of another's property by use of or threat of immediate physical force. (Victim is present and aware of theft.)   (F)

**6. Sex Offense**
Rape: Sexual Intercourse without consent.   (F)
Sodomy: Committed as in rape with deviant sexual act being committed.   (M/F)
Sexual Abuse: Subjecting another to sexual contact without consent.   (M/F)
Public Lewdness: Exposure of sexual organs to others.   (M)

**7. Menacing**
Intentionally places or attempts to place another person in fear of imminent serious physical injury.   (M)

**8. Criminal Mischief**
Intentional or reckless damaging of the property of another person without permission.   (M/F)

**9. Reckless Endangerment**
Subjecting individuals to danger by recklessly engaging in conduct which creates substantial risk of serious physical injury.   (V/M)

V=Violation   F=Felony   M=Misdemeanor

### DESCRIPTION OF INCIDENT, Continued

then asked what if all those incidents were accidents. I told him that the bumping, brushing or falling into were happening too many times & if it happened again, he'd be arrested. He said okay. Later during the class period, I noticed him sitting in the seat to the left of him, in back of his own. He then asked to go to the restroom. The class ended & then later, I noticed my wallet was missing. The next day, Rashawn was absent from school. I called his home & spoke w/ his step-father, who informed me that Rashawn wasn't home yet. This was approximately 9 p.m. I told him about my missing wallet. On Christmas Day, I called his home again. His mother informed me that Rashawn had been missing since Tuesday night. Apparently, his step-father had confronted him about my missing wallet & Rashawn ran away. I called again on Friday morning. His mother said Rashawn had returned home, he knew about my wallet, & he could tell me where it is. My friend & I picked Rashawn & his mother up. We went back to school's campus & Rashawn took us to where it was. My driver's license, Old Navy gift card, CVS card & teacher choice receipts were missing. Everything else was intact. Rashawn said Nakiken Brown stole the wallet & took the license?