# OFODILE
# EXHIBIT 7

## P.S./I.S. 208 Queens
*74-30 Commonwealth Boulevard*
*Bellerose, New York 11426*
Phone (718) 468-6420  Fax (718) 468-5054

James E. Philemy                              Lynn Staton, Ilyssa Mandell
*Principal, I.A.*                              *Assistant Principals, I. I.*

### *INFORMAL OBSERVATION*

Teacher: Ms. Spencer
Subject: Math
Grade: 7th Grade
Date: January 6, 2004

As I walked into your room on January 6, 2004 at 11:95 AM I was able to observe the following:

- You had on one side of the board an Aim, on another a Learning Objective and in the middle a Do Now. There were so stipulated:
  Aim: Review – How do we compute using scientific notation.
  Objective: To be able to compute using scientific notation
  Do Now: Problem of the day – Willy Mays hit 6.6x 10 (square) career home runs. Write 6.6x10 (square) in standard notation. #2 – In 1999 the wealthiest person in the world's asset were estimated as 90,000,000,000. Write this in scientific notation.

- Routinely you moved around the room collecting homework while children were working on the problems of the day.

- A few minutes later, you went through the same motion of moving around the room to verify who was finished with the assignment or not.

- You had a child read the first problem of the day and give the answer. Then you directed a second child to read the second problem of the day and give the answer.

- You instructed the children to open their book to page 566. You assigned lesson 1 to 9 on page 566 examples 10 to 15, then 19 to 24.

- As they were completing the assignment you move from one group to the next providing assistance to those in need.

- You called on a child to try #10, then you asked the children to complete #1 to 9 on their own.

### Recommendations

- In the interest of saving time, you need to label a basket "Homework Assignment" and place it conspicuously by your desk. Children will routinely place their homework in the basket as they enter the room.

- As you engage children into the activities, you need to give them a sense of how much time is needed to solve each exercise.

- To avoid confusing the children you must use only learning objective not both Learning Objective and Aim

- You must provide a platform for children to discuss in their respective groups the strategies used to solve the problems and share the outcome with the class.

- There must be a writing connection with each lesson. Children should be allowed to write in their math journal their reaction to the process of solving the exercise and the strategies utilized.

- You must introduce new vocabulary words to the lesson. They will be defined in context, used in sentences and placed permanently on the math word wall.

This lesson was unsatisfactory. I am looking forward to observe you in a formal lesson on Friday, February 6, 2004 where these recommendations will be implemented.

James E. Philemy
Principal, I.A.