# OFODILE
# EXHIBIT 8

*P.S./I.S. 208 Queens*

*74-30 Commonwealth Blvd.*
*Bellerose, NY 11426*
*Telephone: (718) 468-6420; Fax: (718) 468-5054*
*James Philemy, Principal, I.A.*

*Lynn Staton*
*Assistant Principal, I.A.*

*Ilyssa Mandell*
*Assistant Principal, I.A.*

February 2, 2004

Dear __Ms. Spencer__ :

Please sign the observation attached and return to me. I will make copies of signed observation and give you a copy for your files.

Thank you.

Sincerely,

Gayle W. Ross
Payroll Secretary

/Attachment

February 5, 2004

Dear Mr. Philemy:

I received your *Informal Observation* letter/memo dated February 2, 2004. In regards to some of your informal observation recommendations, here are my responses:

- As you engage children into the activities, you need to give them a sense of how much time is needed to solve each exercise.

I am teaching out of license, and I have not received any training in this subject area.

- To avoid confusing the children you must use only Learning Objective not both Learning Objective and Aim.

Since I have not received any training, I referenced the New York City Board of Education New Teacher Standards-Based Lesson Planner, 2002, where it states that the Learning Objective and Aim are used together.

- You must provide a platform for children to discuss in their respective groups the strategies used to solve the problems and share the outcome with the class.

I am teaching out of license, and I have yet to receive any training.

- There must be a writing connection with each lesson . . . .

I am teaching out of license, and I have not received any training.

- You must introduce new vocabulary words to the lesson. They will be defined in context, used in sentences, and placed permanently on the math word wall.

As I shared with you before on January 27, 2004, Class 773 began this lesson on a previous date, where vocabulary words were introduced, defined, and used in sentences. The vocabulary words were, and still are placed permanently on the word wall.

Ms. Mandell had committed to arranging for me to meet with the Seventh Grade Mathematics teacher at P.S./I.S. 266 for training. Ms. Mandell had also committed to modeling a lesson, and preparing a few lesson plans with me. I am still awaiting a response for this training, modeling and lesson preparation to begin.

On January 21, 2004, you stated to me that you would like to model a lesson for me to observe, so that I may have a successful formal observation. I am still looking forward to observing you model a lesson for me, prior to February 6 2004.

Sincerely,

Eugenia Spencer