# OFODILE
# EXHIBIT 9

# STUDENT REMOVAL FORM

*Event Date: 3 / 1 / 04 (mm/dd/yy)  
*Student Last Name: Belle  
*Official or Subject Class: Math  

*Student-ID (SID) #: 20 714 589  
*First Name: Rashawn  
*Grade: 7

Special Education Classification and Services; Behavioral Intervention Plan:  
Learning disabled

## Teacher Measures Previously Taken:

[✓] Warnings to Student — Date(s): 2/27; 2/25; 2/23; 2/2  
[✓] Student Conference — ×  
[✓] Guidance Referral — 2/2  

[✓] Classroom Measures — Date(s): 2/2; 2/23; 2/25 + 2/27  
[✓] Parent Contact — ×  
[ ] Prior Removal(s)

**Description of event:** Time: 1:25-2:50  Location: Rm 305  
(Give factual account and indicate how the student's behavior substantially disrupted the class or substantially interfered with the teacher's authority.)

1) Rashawn continues to call out, curse + yell across the classroom to other students. When I told him to please stop because he was disrupting the lesson, he said "So what, I don't care, you ain't going to nothing." He shrugged his shoulders + then continued to curse. On 2/2/04, after the Asst. Principal left, he continued to call out, curse across the classroom, + talk to those around him. I told him to please be quiet. He said, "I talk when I want to talk, you can't tell me what to do." Then he started cursing, "Fuck this, I don't give a fuck," etc.

**Teacher's educational plan for student during period of removal (class work, homework, etc.):**  
Math Text book - Chapt 2, pages 54 to 56

Teacher's Name: Ms. Spencer    Signature: Ms. Spencer    Date: 3/1/04

---

**To be completed by Principal.**

*Discipline Code Infraction No. _____

*No. of days of removal: _____      *Set aside (circle one):  yes   no   Date: _____

*For students with an IEP:  
Does this removal count toward days of removal from the current educational program? (circle one)  yes   no

Principal's Name: _____    Principal's Signature: _____

Comments:

His defiant attitude may be due to past history with this student & I along with collaborative teacher, Mrs. Rivoman. I feel a change of environment is in the best interest of this student & the class.

---

** – Teacher, Mr. Spencer, is legally bound not to have any personal contact with parent &/or child, Rashawn Belle.

## STUDENT REMOVAL FORM

*Event Date: 3/3/04 (mm/dd/yy)
*Student Last Name: Belle
*Official or Subject Class: Math

*Student-ID (SID) #: ___ ___ ___
*First Name: Rashawn
*Grade: ____

**Special Education Classification and Services; Behavioral Intervention Plan:**
Learning disabled

### Teacher Measures Previously Taken:

[✓] Warnings to Student — Date(s): 3/1/04, 2/27
[✓] Student Conference
[ ] Guidance Referral

[ ] Classroom Measures — Date(s):
[✗] Parent Contact
[ ] Prior Removal(s)

**Description of event:** Time: 2:30 p.m.  Location: 305
(Give factual account and indicate how the student's behavior substantially disrupted the class or substantially interfered with the teacher's authority.)

During Math class, Rashawn Belle threw a stapler across the classroom at John Brown. Brown told me what had happened, then Rashawn yelled out "I did it because of what you did to me." I told him two wrongs don't make a right + that he should have told me of Ms. Rivman not throwing the stapler. Belle was dis- (Continued)→

**Teacher's educational plan for student during period of removal (class work, homework, etc.):**

Teacher's Name: Ms. Spencer     Signature: Ms. Spencer     Date: 3/5/04

**To be completed by Principal.**

*Discipline Code Infraction No. _____

*No. of days of removal: _____     *Set aside (circle one):  yes   no     Date: _____

*For students with an IEP:
 Does this removal count toward days of removal from the current educational program? (circle one)  yes   no

Principal's Name: _____     Principal's Signature: _____

Comments:

rupture at times during class by continuously blowing his nose very loudly. I told him 3 times he could go to the restroom. He said he didn't want to go & then proceeded to blow his nose during the lesson. When I told him that he wasn't getting anymore tissues from me, that's when Belle askes to go to the bathroom.