# OFODILE EXHIBIT 10

# P.S./I.S. 208

### The Spirit of Glen Oaks
We educate the "Whole Child"



*James E. Philemy, Principal*

*Lynn Staton, Ass't. Principal, I.A*
*Ilyssa Mandell, Ass't. Principal, I.A*

June 30, 2004

## Observation Report

Teacher: Ms. E. Spencer
Grade: 7th grade
Subject: Math
Date: April 19, 2004
Pre-Observation: April 14, 2004
Post-Observation: April 19, 2004

As I walked into your room on Monday April 19, 2004 at 1:35 PM, you were on the phone using the school intercom system. You had the following written on the board:

- A Teaching Point stipulated as such: Subtract integers.
- a DO Now that asked for children to copy the chart about subtracting integers after they have completed the problem of the day.
- a Problem of the Day which required that children add integers such as:
- -14 + (-16) =
- 23 + 38 =
- -35 + (-49) =

On the top right corner of your board, there were two charts showing how to add and subtract integers using concrete examples. The intercom system interrupted the lesson a second time. You proceeded by drawing a line on the board showing intervals for [-8  8] and labeled the negative side and the positive side.

A child asked for you to clarify the word subtrahend for her since she had difficulty understanding what it meant. Subsequently, you wrote you homework assignment on the board as follows: worksheet page 144 & 145. Two minutes later, you asked children if they were ready. A child said no and you responded: "OK, I will give you one more minute."

74-30 Commonwealth Boulevard, Bellerose, New York 11426
Phone: (718) 468-6420  Fax: (718) 468-5054

You reviewed the problem of the day, and instructed children to take out their textbooks to page 123 to complete exercise numbers 18-22. Both you and Ms. Rivman walked around the room while the children were solving the exercises. When finished you went over the numbers assigned and called out the answers one after the other.

Following this activity, children were assigned a partner to complete exercises 27-30 on page 123 in their textbooks. After completion the exercises, you draw a vertical number line showing interval [-7  6]

The period ended and the children moved to their next subject.

<u>Commendable Features</u>: As children were solving the assigned exercises on their own, you moved around the room. You maintained good tone during the lesson. You used proper conventions of grammar.

<u>Recommendations</u>: Your problem of the day must be a review of what was taught before and/or a prelude to something new. There was no evidence of accountable talk. Children should have been given the time to solve problems on their own, work with a partner, and discuss within their group the strategies utilized in solving these problems. Since the class was a Collaborative Setting, instruction should have been modified to meet the needs of the mandated children. Children must always work from the concrete to the abstract. The lesson was scattered. You did not maintain the focus. You need to manage your time so that you accomplished what you set out to do. You must take time during your preparation periods to visit Ms. Benjamin and experience the delivery of a strong math lesson and/or meet with the Literacy Coach to seek help on how to construct a math lesson that is challenging to the students. Your teaching points must be well articulated and understood by the children.

This lesson was unsatisfactory.

James E. Philemy
Principal

I have read the above and understand that a copy will be placed in my file

_____                                    _____
**Teacher's Signature**                                                              **Date**

*74-30 Commonwealth Boulevard, Bellerose, New York 11426*
*Phone: (718) 468-6420   Fax: (718) 468-5054*

PER-0013