OFODILE
EXHIBIT 11

P.S./I.S.208
74-30 Commonwealth Blvd.
Bellerose, NY 11426
718-468-6420
James Philemy, Principal

Lynn Staton
Assistant Principal, I.A.

Ilyssa Mandell
Assistant Principal, I.A

May 4, 2004

Dear Ms. Spencer,

During our meeting with Mrs. and Mr. Hall on May 3, 2004, in the Principal's office, we discussed the grading of Jazmine Martinez for the last marking period, ending on April 2, 2004. During this meeting, your overall tone was aggressive, unprofessional and unacceptable. As a teacher, we must extend ourselves far beyond three o'clock to reach out to the parents whose children are at risk of not meeting the standards either in the class or on the grade.

It is your professional obligation and we would like to see adherence to this professionalism on your part.

You adamantly stated that you do not have to call the parents; you are doing this as a favor. Once again let me remind you that as a professional, you are expected to set the tone and carry yourself with professionalism at all times. This will exhibit a good example for your students. "Children learn what they live"

Should this behavior resurface, it will lead to further disciplinary action, including an adverse rating at the end of the school year or discontinuance of your services as a teacher.

Sincerely,

Ms. I. Mandell
Assistant Principal, I.A.

I have read and received the above letter and understand that a copy will be placed in my official school file.

_Signed under protest. E. Spencer_        _6/4/04_
Teacher's signature                          Date

*P.S./I.S. 208 Queens*
*74-30 Commonwealth Blvd.*
*Bellerose, NY 11426*
Telephone: *(718) 468-6420; Fax: (718) 468-5054*
*James Philemy, Principal*

*Lynn Staton*
*Assistant Principal, I.A.*

*Ilyssa Mandell*
*Assistant Principal, I.A.*

May 11, 2004

Ms. Eugenia Spencer
Teacher
P.S./I.S. 208 Queens

Dear Ms. Spencer:

During our meeting with Mrs. Martinez and her husband regarding Jasmine's performance in school on May 3, 2004, you were given 48 hours to prepare the following:

a.  Documentation to support Jasmine's grade in your class.
b.  Evidence of homework assignments and markings that justify Jasmine's grade.

On Wednesday, May 5, 2004, at our meeting you failed to produce proper documentation. This accounts to a lack of organizational and managerial skills. As we mention very often in our staff meetings, accurate and unbiased note taking and record keeping are essential tools in grading our youngsters fairly and equitably.

You have been negligent in maintaining the records. As a result, Jasmine is penalized. You are encouraged to look back at your organizational skills and take proper steps to sharpen them since they are of the utmost importance in your career as a teacher.

Sincerely,

James E. Philemy
Principal

/spencer3
/gwr

I have received and read the above and understand that a copy will be placed in my file.

_____
Signature

____6/11/04____
Date

**PER-0065**