# AppealTech

7 West 36th Street, 10th Floor
New York, New York 10018

# Invoice

| Date | Invoice # |
|---|---|
| 8/23/2013 | 13-08-194 |

**PAID 10/25/2013**

| Bill To |
|---|
| Anthony C. Ofodile, Esq.<br>Ofodile & Associates, P.C.<br>498 Atlantic Avenue<br>Brooklyn, New York 11217 |

| P.O. No. | Terms | Due Date | FED.TAX ID | REP | CASE NAME |
|---|---|---|---|---|---|
| 23021 | Net 30 | 9/22/2013 | 20-2475416 | DR | Spencer v. City of New York |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Service & Filing Date: 8/22/13<br>BRIEF FOR PLAINTIFF-APPELLEE<br>9 Copies of 37 Pages (Typeset Covers, Printing and Perfect Binding Included) | | 400.00 | 400.00T |
| Service and Filing of Documents at 2CC | | 95.00 | 95.00T |
| E-Filing of Documents | | 75.00 | 75.00T |
| Federal Express Charge to Client | | 30.85 | 30.85T |
| Sub-Total Taxable | | | 600.85 |
| Sales Tax - NYC @ 8.875% | | 8.875% | 53.33 |

Accounts forwarded to collections will be assessed a 25% processing fee.

| | |
|---|---|
| **Total** | $654.18 |
| **Payments/Credits** | $-654.18 |
| **Balance Due** | $0.00 |

Payable to Z & J LLC dba APPEALTECH TIN#20-2475416
TO ASSIST YOU AND YOUR CLIENT, WE NOW ACCEPT MAJOR CREDIT CARDS.
Tel: 212-213-3222  Fax: 212-213-4133  e-mail: mail@appealtech.com