Your order confirmation

Dear ANTHONY OFODILE,

Here are details about your order:

Adobe ID: acofodile@aol.com
Order number: C0124661777
Order date: April 11, 2013
Products ordered:
Qty    Product
1      Adobe ExportPDF Annual (Other,Multi NorthAmerican Language)
Total purchase amount:    US $21.76

Thank you for purchasing Adobe ExportPDF. To begin using your subscription, go to http://exportpdf.acrobat.com and sign in.
To verify your subscription level, go to Adobe ExportPDF and choose My Subscriptions under the Account menu. The capacity and functionality of your subscription level will be in effect immediately. The terms governing your purchase are located here: http://www.adobe.com/go/terms.
Remember, you must use the same Adobe ID to purchase the subscription as you used to sign into Adobe ExportPDF.
Your subscription to Adobe ExportPDF will automatically renew at the end of each period of time you have elected to pay for Adobe ExportPDF ("Subscription Term"). On the subscription renewal date, Adobe will automatically charge your payment card for the next Subscription Term ("Billing Date"). You can find your Billing Date in the "Your Subscriptions" area of the Adobe store. You may cancel your subscription within thirty (30) days of signing up for Adobe ExportPDF for a refund. You may also terminate the auto-renewal of your subscription at any time before your next Billing Date. You may cancel your subscription or terminate the auto-renewal of your subscription by visiting the "Your Subscriptions" area of the Adobe.com store or by contacting Adobe Customer Service. You will have access to Adobe ExportPDF until the end of your then-current Subscription Term.
Billing Address :
498 Atlantic Ave
Brooklyn, 11217-1813
US

ORDER SERVICES

Check the order status page to address any questions about your order.

My Adobe - Update your communication preferences or change your email address.